UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES M. SEBERO,<br><br>　　　　　Defendant, | CR-08-185-JLQ<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on August 19, 2010, this Court entered an Amended Preliminary Order of Forfeiture (Ct. Rec. 98), based upon the Plea Agreement (Ct. Rec. 19) entered into between Defendant James M. Sebero and the United States on April 6, 2009, in the within criminal action for wire fraud violations, which Order forfeited the Defendant's interest in certain properties;

WHEREAS, the United States caused notice of this forfeiture to be published and served in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov), beginning November 30, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as required by Rule 32.2(b)(6)(C) of the Federal Criminal Rules of Procedure;

WHEREAS, the Petition of Patricia Sebero for a Hearing to Adjudicate Property Interests Per 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n) (Ct. Rec. 51) was filed on September 24, 2009, in which Patricia Sebero made claims as to the following properties:

    a.    $30,000 in lieu of Real Property located at 39 Conrad Vista Shores, LaClede, Bonner County, Idaho; and

    b.    Real Property located at 9713 N. Austin Lane, Spokane, Spokane County, Washington, being Parcel No. 26134-1226;

WHEREAS, an Agreement for Settlement of Claims of Petitioner Patricia Sebero (Ct. Rec. 91) was filed on May 21, 2010, and approved by Order of the Court (Ct. Rec. 92) on June 11, 2010, wherein $10,000 of the $30,000 proceeds from the sale of the real property located at 39 Conrad Vista Shores, LaClede, Bonner County, Idaho was returned to Petitioner Patricia Sebero, and wherein Petitioner Patricia Sebero agreed to pay the United States the sum of $80,000 in lieu of the forfeiture of the real property located at 9713 N. Austin Lane, Spokane, Spokane County, Washington, or in lieu of the $80,000 payment, $70,000 payment if paid by September 30, 2010, and payment of $70,000 was received by the United States from Petitioner Patricia Sebero on or about September 30, 2010;

AND WHEREAS, no other timely claim has been filed as to the property and property interests named herein.

NOW THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that the Untied States Marshals Service shall forthwith seize the property to be forfeited, not heretofore seized, which is described below, and dispose of it as provided in this final order and in accordance with the law.

IT IS FURTHER ORDERED , ADJUDGED and DECREED:

That all right, title and interest to the property to be forfeited, described

below, whether real, personal, or mixed, is hereby condemned, forfeited, and vested in the United States, its agents and/or designees, and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law.

## FORFEITED PROPERTY

A.  $20,000.00 in lieu of Real Property located at 39 Conrad Vista Shores, Laclede, Bonner County, Idaho, being Parcel No. RP000-740-000030, and more particularly described as:

    31-56N-3W CONRAD VISTA LOT 3 SHORES

B.  $70,000.00 in lieu of Real Property located at 9713 N. Austin Lane, Spokane, Spokane County, Washington, being Parcel No. 26134-1226, and more particularly described as:

    Lot 26, Block 1, Subdivision: Northview Estates 1st Addition; Recorder's Map Reference: MB 32 PG 20-23.

C.  <u>Conveyances</u>: All right, title and interest in the following conveyances:

1. 1918 Chevrolet Truck
   Model 490 Number 19
   Montana License: 42548

2. 1991 Dynasty Elan Assault Boat
   Registration No. ID 1955X

3. 1992 Calkins Boat Trailer
   Idaho License: 314BHC
   with powerwinch VIN# 1CXBB226NS202238

4. 1981 Mercedes Benz 380 SL Roadster
   VIN: WDBBA45A0BB001556

D.  <u>Personal Property</u>:

1. Bronze Statue "Mountain Man" on Marble Base
   by Frederic Remington

    2.    Red Mac Tool Box, 4 ½' x 7'
Model Nos. MD1300GR and MB1360GR, and contents

IT IS FURTHER ORDERED that the United States Marshals Service shall sell the above listed conveyances and personal property and pay Third-Party Petitioner Patricia Sebero, in care of her attorney Greg M. Devlin, Winston & Cashatt, 601 Riverside, Ste. 1900, Spokane, Washington 99201, fifty percent (50%) of all net proceeds of said sales.

IT IS FURTHER ORDERED that any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposit, as well as any income derived as a result of the United States Department of Justice's management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Justice into the Justice Asset Forfeiture Fund in accordance with 28 U.S.C. §524(c) and 21 U.S.C. § 881(e).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order and as to related forfeiture matters herein.

IT IS FURTHER ORDERED that all parties shall bear their own costs and fees.

The Clerk shall enter this Order, forward copies to counsel and the United States Marshal, and close this file.

Dated January 6. 2011.

                      s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE